UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| C. SUSAN WEILER YANCEY, an individual,<br><br>      Plaintiff,<br><br> v.<br><br>THE TREES HOMEOWNERS' ASSOCIATION, an unincorporated association; RON FAUVER; KEVAN SCHNEIDMILLER; BARBARA OCHSNER; and GLENDA RUMB,<br><br>      Defendants. | NO: 4:22-CV-5018-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss all Claims with Prejudice and without Costs. ECF No. 21. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1) and provides that this action and all claims against Defendants be dismissed with prejudice and without fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own fees and costs.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED March 8, 2023.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2